Case 6:12-cv-01251-RTH-PJH   Document 68   Filed 01/24/13   Page 1 of 1 PageID #: 743



UNITED STATES DISTRICT COURT
WESTERN DIVISION OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| GALE CAMPBELL AND KEVIN CAMPBELL | CIVIL ACTION NO. 6:12-cv-01251 |
| VERSUS | JUDGE HAIK |
| GECOS G.M.B.H. | MAGISTRATE JUDGE HANNA |

## ORDER

The parties having agreed to settle their dispute but needing additional time to completely execute the obligations contained the settlement,

IT IS ORDERED that this matter is ADMINISTRATIVELY CLOSED for one hundred eighty days from the date hereof, pending submission to this Court of a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 or a motion to enforce the settlement. Additionally, any party may move to reopen this matter at any time for good cause.

This Court retains jurisdiction over the settlement of this matter under *Kokkenen v. Guardian Life*, 511 U.S. 375 (1994).

Signed at Lafayette, Louisiana, this 22nd day of January 2013.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE